# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ANAYA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. VAN VUGT, et al.,<br><br>　　　　　Defendants. | 1:16-cv-01094-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(Docs. 14, 15)<br><br>30-DAY DEADLINE |

Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On May 30, 2017 and June 5, 2017, Plaintiff filed motions to extend time to file second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

Dated:　**June 6, 2017**　　　　　　　　　　／s／ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1